UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Rashid Harris,                )
                              )
    Petitioner,           )
                              )
        v.                 )    Civil Action No. 06-2079 (CKK)
                              )
William J. Smith,             )
                              )
    Respondent.           )

ORDER DIRECTING RESPONDENT TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, it is this 7th day of December 2006,

ORDERED that respondent, by counsel, shall, within twenty (20) days of service of a copy of this Order and the Petition, file with this Court and serve on the petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of making service of same on petitioner's warden, the United States Attorney for the District of Columbia, and the Attorney General for the District of Columbia

                                                  _____s/_____
                                                  COLLEEN KOLLAR-KOTELLY
                                                  United States District Judge

Paper copy to:

Rashid Harris
DCDC 277-267
D.C. Jail
1901 D Street SE
Washington, DC 20003