# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**RASHID HARRIS,**                          :
    **Petitioner**                        :
                             :    **Civil Action No. 06-2079 (CKK)**
             **v.**                        :
                             :
**WARDEN WILLIAM J. SMITH,**                 :
    **Respondent**                       :

## <u>NOTICE OF APPEARANCE</u>

The United States of America, by and through its attorney, the United States Attorney for the

District of Columbia, hereby informs the Court that Assistant United States Attorney Sherri L.

Berthrong is counsel of record on behalf of the United States in the above-captioned case.

               Respectfully submitted,

               JEFFREY A. TAYLOR
               United States Attorney
               D.C. Bar Number 498-610

                 /s/ Robert D. Okun
_____
               ROBERT D. OKUN
               Assistant United States Attorney
               Chief, Special Proceedings Division
               D.C. Bar Number 457-078

                 /s/ Sherri L. Berthrong
_____
               SHERRI L. BERTHRONG
               Assistant United States Attorney
                D.C. Bar No. 249-136
               Sherri.Berthrong@usdoj.gov
               Special Proceedings Division
               555 4th Street, N.W., Room 10-450
               Washington, D.C. 20530
               (202) 514-6948

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the instant notice has been filed electronically with the Court and served by mail upon the petitioner, Rashid Harris, DCDC # 277-267, D.C. Central Detention Facility, 1901 D Street, S.E., Washington, D.C., this 27th day of December, 2006.

　　/s/ Sherri L. Berthrong
Sherri L. Berthrong
Assistant United States Attorney
