UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rashid Harris, ) | |
| ) | |
|    Petitioner, ) | |
| ) | |
|        v. ) | Civil Action No. 06-2079 (CKK) |
| ) | |
| U.S. Parole Commission *et al.*, ) | |
| ) | |
|    Respondents. ) | |

ORDER

This matter is before the Court on the government's response to the Order directing respondents to show cause why the writ of *habeas corpus* should not be issued. The respondents address the merits of the petition and seek summary denial of it. The Court's consideration of the response could result in dismissal of the case. Petitioner therefore will be allowed time to respond. Petitioner is advised that the Court's local rules require a party opposing a dispositive motion (or its equivalent) to file a memorandum of points and authorities "at such [] time as the court may direct . . . [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is

ORDERED that petitioner shall file his reply to the respondents' opposition to the *habeas corpus* petition by **February 2, 2007**. If petitioner fails to respond within the time provided, the Court will treat the response as conceded and may dismiss the case.

                                                               _____s/s_____
                                                                COLLEEN KOLLAR-KOTELLY
                                                                United States District Judge

Dated: December 29, 2006

Paper copy to:

Rashid Harris
DCDC 277-267
DC Jail
1901 D Street SE
Washington, DC 20003