SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
SPECIAL PROCEEDINGS SECTION

| | |
|---|---|
| RASHID HARRIS, ) | |
| ) | |
| PETITIONER, ) | |
| ) | |
| v. ) | Civil Action No. 06-2079 |
| ) | (CKK) |
| WILLIAM J. SMITH, ) | |
| ) | |
| RESPONDENT. ) | |

**RESPONDENT WILLIAM J. SMITH'S RESPONSE**
**TO THE COURT'S ORDER TO SHOW CAUSE**

Respondent William J. Smith, by and through the Office of the Attorney General for the District of Columbia, herein responds to the Court's December 7, 2006, Order to Show Cause, and states as follows:

1. On or about December 5, 2006, petitioner filed a habeas corpus petition challenging his current confinement. Petitioner challenges the U.S. Parole Commission's authority to revoke his parole. *See* Petition, generally.

2. William J. Smith, petitioner's warden, is not the proper party respondent because he lacks authority to grant petitioner his requested relief. D.C. Official Code § 24-131 provides that:

> "Not later than one year after August 5, 1997, the United States Parole Commission shall assume the jurisdiction and authority of the Board of Parole of the District of Columbia to grant and deny parole, and to impose conditions upon an order of parole, in the case of any imprisoned felon who is eligible for parole or reparole under the District of Columbia Code. The Parole Commission shall have exclusive authority to amend or supplement any regulation interpreting or implementing the parole laws of the District of Columbia with respect to felons…
>
> (2) Jurisdiction of Parole Commission to revoke parole or modify conditions. – On the date in which the Court Services and Offender Supervision Agency for the District of Columbia is established …, the United States Parole

> Commission shall assume any remaining powers, duties, and jurisdiction of the Board of Parole of the District of Columbia, including jurisdiction to revoke parole and to modify the conditions of parole, with respect to felons…."

Consistent with the provisions of § 24-131, on August 5, 1998, the D.C. Parole Board ("the Board") transferred its authority to grant parole release to the U.S. Parole Commission ("the Commission"). On August 5, 2000, the Board transferred its remaining responsibilities to the Commission and was then abolished on that date. Accordingly, neither petitioner's warden nor the District of Columbia are able to provide petitioner with his requested relief, and therefore submit that the U.S. Attorney's Office has the power to grant petitioner the relief he seeks. Moreover, petitioner's Memorandum and Authority of Laws in Support of Petitioner's Writ of Habeas Corpus evidences his intent to include the Commission as a party respondent in this matter.

       3.     On December 29, 2006, undersigned counsel communicated with Carolyn Kolben in the Special Proceedings Division of the U.S. Attorney's Office. The Special Proceedings Division will respond to any Show Cause Order issued by this Court to the U.S. Attorney's Office.

       WHEREFORE, respondent seeks discharge of the Court's December 7, 2006, Order to Show Cause against it.

                                        Respectfully submitted,

                                        EUGENE A. ADAMS
                                        Interim Attorney General for the
                                        District of Columbia

                                        GEORGE C. VALENTINE
                                        Deputy Attorney General
                                        Civil Litigation Division

```
_____/s/_____
```
PATRICIA A. JONES
Chief, General Litigation Section IV
441 4th Street, N.W. - 6th Floor North
Washington, D.C. 20001
(202) 442-9863; (202) 727-6295

```
_____/s/ (by LBT)_____
```
ASHLEY E. SEUELL
Special Assistant Attorney General, D.C.
General Litigation Section IV
441 4th Street, N.W. - 6th Floor South
Washington, D.C. 20001
(202) 724-6520

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Response to the Court's December 7, 2006, Order to Show Cause was mailed, first class postage pre-paid on December 29, 2006, to:

> Mr. Rashid Harris, DCDC #277-267
> 1901 D Street, S.E.
> Washington, DC 20003.

I further certify that a true copy of the foregoing Response to the Court's December 7, 2006, Order to Show Cause was faxed on December 29, 2006, to:

> Robert Okun, Chief,
> Special Proceedings Division
> Office of the United States Attorney
> 555 4th Street, N.W.
> Washington, D.C. 20001
> Fax: (202) 514-8784.

_____/s/ (By LBT)_____
ASHLEY E. SEUELL

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## SPECIAL PROCEEDINGS SECTION

| | |
|---|---|
| RASHID HARRIS,            ) | |
|        PETITIONER,    ) | |
| v.                        ) | Civil Action No. 06-2079 |
|                           ) | (CKK) |
| WILLIAM J. SMITH,         ) | |
|        RESPONDENT.   ) | |

### ORDER

Upon consideration of the Petition for the Writ of Habeas Corpus, the Court's Order to Show Cause, and the Response of William J. Smith, it is this ___ day of _____, 2007,

ORDERED: that the Order to Show Cause as against respondent William J. Smith is hereby discharged.

 

_____
Judge

Copies to:

Mr. Rashid Harris, DCDC #277-267
1901 D Street, S.E.
Washington, DC 20003

Robert Okun, Chief,
Special Proceedings Division
Office of the Unites States Attorney
555 4th Street, N.W.
Washington, D.C.  20001