UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Rashid Harris,                )
                              )
    Petitioner,               )
                              )
        v.                    )   Civil Action No. 06-2079 (CKK)
                              )
U.S. Parole Commission *et al.*, )
                              )
    Respondents.              )

ORDER

For the reasons stated in the accompanying Memorandum, it is

ORDERED that the Order to Show Cause [Dkt. No. 2] is DISCHARGED; it is

FURTHER ORDERED that the application for a writ of *habeas corpus* [Dkt. No. 1] is DENIED; and it is

FURTHER ORDERED that this case is DISMISSED.  This is a final appealable Order.

                                        _____s/s_____
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge

Dated: March 5, 2007