UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rashid Harris, )<br>)<br>　Petitioner, )<br>)<br>　　v. )<br>)<br>U.S. Parole Commission *et al.*, )<br>)<br>　Respondents. ) | Civil Action No. 06-2079 (CKK) |

MEMORANDUM

By Order of December 29, 2006, petitioner was advised to respond by February 2, 2007, to respondents' opposition to his petition for a writ of *habeas corpus* or risk dismissal of the case. Petitioner has neither responded nor sought additional time to do so. Upon review of the United States' response to the petition, the Court agrees that no grounds exist for issuing the writ. It therefore will deny the petition for the reasons the United States has asserted and will dismiss the case. A separate Order accompanies this Memorandum.

　　　　　　　　　　　　　　　　　　　　　　　_____s/s_____
　　　　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: March 5, 2007